**The below described is SIGNED.**

**Dated: October 17, 2014**





**JOEL T. MARKER
U.S. Bankruptcy Judge**

---

Richard C. Terry, USB No. 3216
TERRY JESSOP & BITNER
341 South Main, Suite 500
Salt Lake City, Utah 84111
Telephone: 801/534-0909
Fax: 801/534-1948
Email: richard@tjblawyers.com

Attorneys for APG Financial

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

_____

| In re: | Bankruptcy No. 12-23206 jtm |
|---|---|
| Dennis Lee Brewer, Sr. and Cheryl Lynn Brewer, | Chapter 13 |
| | Filed Electronically |
| Debtors. | **ORDER STRIKING HEARING, REJECTING LEASE AND TERMINATING AUTOMATIC STAY** |

_____

APG Financial filed a Motion to Compel Assumption or Rejection of Lease, Motion for Allowance of Administrative Claim for Interim Payments and Motion for Relief from the Automatic Stay scheduled for hearing on October 22, 2014. Based upon the Declaration of Default and Application for Entry of Order on file herein, and good cause appearing,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing is stricken, that the lease is rejected and the automatic stay is hereby

terminated for APG Financial respect to the collateral securing APG Financial's claim, more particularly described as follows: 2000 Dodge Dakota, VIN#1B7HG2AZOYS769587.

Creditor shall file an amended proof of claim with the court and the trustee, asserting any remaining claim within 120 days after surrender of the property or termination of the automatic stay, whichever occurs later.  Otherwise, any remaining claim shall be disallowed.  The trustee shall cease further distribution on creditor's secured claim, upon such surrender or termination of the automatic stay, whichever occurs later.

***END OF DOCUMENT***
_____

CERTIFICATE OF SERVICE FOR COURT CLERK

I, Court Clerk, hereby certify that on _____, 2014, I served a copy of the foregoing ORDER STRIKING HEARING, REJECTING LEASE AND TERMINATING AUTOMATIC STAY upon the following by first class mail, postage prepaid; or electronically via ECF:

Dennis Lee Brewer, Sr. (Via U.S. Mail)
and Cheryl Lynn Brewer
1087 North 125 West
Clearfield, UT 84015

Kevin R. Anderson (Via ECF)
Chapter 13 Trustee
405 South Main Street, Suite #600
Salt Lake City, UT 84111

Theron D. Morrison (Via ECF)
290 25th Street, Suite #102
Ogden, UT 84401

Richard C. Terry (Via ECF)
TERRY JESSOP & BITNER
341 South Main, Suite 500
Salt Lake City, Utah  84111