Form 723[ODSM – Ch 13 NOD]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Dennis Lee Brewer, Sr. and Cheryl Lynn Brewer

        Debtor(s).

Case No. 12−23206 JTM
Chapter 13

## ORDER OF DISMISSAL

Based on the Debtor(s) having failed to comply with one or more of the requirements of the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules and notice having been properly given, THE COURT HEREBY ORDERS:

The above−captioned case is dismissed without prejudice and, if there is no confirmed plan, the Trustee is directed to disburse all remaining funds on hand, if any, in compliance with Local Rule 2083−1(i). Attorney's fees in an amount up to $1000.00 are awarded less any pre−petition retainer paid to debtor's counsel, which will be disbursed pursuant to Local Rule 2083−1(i); or

If there is a confirmed plan, all funds in this case posted to the Trustee's account on or before the date of entry of this order shall be disbursed by the Trustee according to the terms of the confirmed plan. Funds received by the Trustee after the entry of this order shall be refunded to the debtor(s).

Dated and Entered on: February 3, 2015

*/s/ J T Marker*

United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                                     District of Utah

In re:                                                         Case No. 12-23206-JTM
Dennis Lee Brewer, Sr.                                         Chapter 13
Cheryl Lynn Brewer
       Debtors                   CERTIFICATE OF NOTICE
District/off: 1088-2          User: clo                  Page 1 of 2                  Date Rcvd: Feb 03, 2015
                              Form ID: f723              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2015.
db/jdb         +Dennis Lee Brewer, Sr.,    Cheryl Lynn Brewer,    1087 N 125 W,    Clearfield, UT 84015-3001
8188720       #+APG Financial,    3899 South Redwood Rd,    Salt Lake City, UT 84119-4717
8188719        +Advance America,    1145 Wall Ave Ste D,    Ogden, UT 84404-4826
8188722        +Check City,    P.O. Box 970183,    Orem, UT 84097-0183
8188723        +Comcast,    PO Box 34227,    Seattle, WA 98124-1227
8188724         Convenient Loan of Ogden,    2933 Washington Blvd,    Ogden, UT 84401
8188727        +EZ Rent to Own,    1167 W 12th St Ste 4,    Ogden, UT 84404-5408
8188728         Gentry Finance,    2260 Washington Blvd,    Ogden, UT 84401-1410
8188729        +Hanford Shite Phys,    1915 W 5950 S,    Roy, UT 84067-1454
8188730        +Harford Shire Clinic,    1915 W 5950 S,    Roy, UT 84067-1454
8188732         Intermountain Health Care,    5252 S Intermountain,    Coalville, UT 84017
8188733        +Intermountain Healthcare,    PO Box 1259,    Oaks, PA 19456-1259
8188731         Intermountain Healthcare,    PO Box 27808,    Salt Lake City UT 84127-0808
8188734        +Intermountain Medical Group,    PO Box 27128,    Salt Lake City, UT 84127-0128
8328225        +JP Morgan Chase - ICS,    TX2-K264,    PO BOX 4409,    Houston, TX 77210-4409
8188736        +John Paris Furniture,    4130 Riverdale Rd,    Ogden, UT 84405-3518
8188738        +LewisAnd Child Co,    2084 Jefferson Ave,    Ogden, UT 84401
8188739        +Mckay - Dee Hospital,    4401 Harrison Blvd,    Ogden, UT 84403-3195
8188742        +Money 4 You,    498 N 900 W #230,    Kaysville UT 84037-4213
8188741        +Mr Jerry Hosh,    Townhouse Estates,    1045 S 1200 W,    Ogden, UT 84404-4708
8188744        +Ogden Clinic,    4650 Harrison Blvd.,    Ogden, UT 84403-4303
8188745        +Patient Financial Services,    4646 W Lake Park Blvd,    Salt Lake City, UT 84120-8212
8188746        +Physicians Billing Service,    3930 Parkway blvd,    Salt Lake City, UT 84120-6300
8188747        +Premier Capital,    949 E Pioneer Rd,    Draper, UT 84020-8200
8188748        +Questar Gas Co,    PO BOX 45841,    Salt Lake City, UT 84139-0001
8226910         Questar Gas Company,    Bankrutpcy/DNR244,    1140 West 200 South,    PO Box 3194,
                 Salt Lake City, UT 84110-3194
8188750        +Roy Financial,    2465 N Main St,    Ste #4,    Clearfield, UT 84015-2400
8188751         SL Clinic,    333 S 900 E,    Salt Lake City, UT 84102
8188752        +University Healthcare,    127 South 500 East,    Suite 420,    Salt Lake City, UT 84102-1979
8188753        +University of Utah Emergency Physicians,    PO BOX 58049,    Salt Lake City, UT 84158-0049
8188754        +University of Utah Hospital,    PO BOX 30465,    Salt Lake City, UT 84130-0465
8188755        +University of Utah Surgical,    PO BOX 58049,    Salt Lake City, UT 84158-0049
8188757        +Utah Housing Corporation,    2479 Lake Park Blvd.,    West Valley City, UT 84120-8217
8188758        +Utah Housing Corporation,    P.O. Box 27564,    Salt Lake City, UT 84127-0564
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8188721        +E-mail/Text: banko@bonncoll.com Feb 04 2015 01:23:37      Bonneville billing,
                 1186 East 4600 South Ste 100,    Ogden, UT 84403-4896
8188725         EDI: DIRECTV.COM Feb 04 2015 01:18:00      Direct TV,    PO Box 78626,    Phoenix, AZ 85062-8410
8188726        +E-mail/Text: bankruptcy@expressrecovery.com Feb 04 2015 01:23:25
                 Express Recovery Services, Inc.,    Po Box 26415,    Salt Lake City UT 84126-0415
8188735        +EDI: IRS.COM Feb 04 2015 01:18:00      IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
8188737        +EDI: IIC9.COM Feb 04 2015 01:19:00      LC Systems,    444 highway 96,
                 Saint Paul, MN 55127-2557
8188743        +E-mail/Text: bkclerk@north-american-recovery.com Feb 04 2015 01:23:29      NAR,
                 5225 Wiley Post Way #410,    Salt Lake City, UT 84116-2561
8188749        +E-mail/Text: amy.hoskins@pacificorp.com Feb 04 2015 01:23:35      Rocky Mountain Power,
                 PO Box 25308,    Salt Lake City, UT 84125-0308
8188756        +EDI: UTAHTAXCOMM.COM Feb 04 2015 01:18:00      USTC,    210 N 950 W,
                 Salt Lake City, UT 84134-0001
                                                                                                TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8188740*       +McKay Dee Hospital,    4401 Harrison Blvd,    Ogden, UT 84403-3195
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 1088-2          User: clo              Page 2 of 2              Date Rcvd: Feb 03, 2015
                              Form ID: f723          Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2015 at the address(es) listed below:
              Kenyon D. Dove    on behalf of Creditor    Utah Housing Corporation kdove@smithknowles.com,
               dcouch@smithknowles.com
              Kevin R. Anderson tr    ecfmail@ch13kra.com,  lneebling@ch13kra.com
              Richard C. Terry    on behalf of Creditor    APG Financial richard@tjblawyers.com,  cbcecf@yahoo.com
              Theron D. Morrison    on behalf of Debtor Dennis Lee Brewer, Sr. topofutahlaw@gmail.com,
               morrisonlawecf@gmail.com;chapter7email@gmail.com;tmlawclerks@gmail.com;bkecf_morrison@bkexpress.i
               nfo;brianporterlaw@gmail.com;cellahomes@gmail.com
              Theron D. Morrison    on behalf of Joint Debtor Cheryl Lynn Brewer topofutahlaw@gmail.com,
               morrisonlawecf@gmail.com;chapter7email@gmail.com;tmlawclerks@gmail.com;bkecf_morrison@bkexpress.i
               nfo;brianporterlaw@gmail.com;cellahomes@gmail.com;morrisonssp@gmail.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 6
```